**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7097**

LAMAR NASHAWN DORSEY,

　　　　Plaintiff - Appellant,

　　v.

CORPORAL CHRISTOPHER RANDOLPH,

　　　　Defendant - Appellee,

　　and

SOUTHWESTERN REGIONAL JAIL,

　　　　Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:19-cv-00608)

Submitted:  February 16, 2023　　　　　　　　　Decided:  February 22, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamar Nashawn Dorsey, Appellant Pro Se.  John P. Fuller and Suleiman O. Oko-ogua, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Nashawn Dorsey appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Dorsey v. Randolph*, No. 2:19-cv-00608 (S.D.W. Va. Aug. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*